# EXHIBIT A

## NICHOLAS WEBER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Bob Seger | One Step Closer | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Sublime | Badfish | Second Hand Smoke | 246-011 |
| UMG Recordings, Inc. | Sublime | Burritos | Sublime | 224-105 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Crybaby | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | You Owe Me | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Once | Ten | 137-787 |
| Priority Records LLC | Snoop Dogg | Intro | Tha Last Meal | 317-638 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |