Weber, Nicholas-UserLog(Compressed)-screenshots-15719715.txt
Log for User at address 68.14.0.46:6348 generated on 9/23/2005 11:17:24 AM EDT (-0400 GMT)
Total Files: 614
------------------------------
Total Audio Files: 578
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 14
Total Distinct Matches: 9

FileName: Lil Flip - Game Over(1).mp3 (6,047,658 bytes)
FileName: ying yang twins - wait (whisper in your ear).mp3 (2,623,488 bytes)
FileName: 50 Cent ft the game - This Is How We Do(1).mp3 (5,195,776 bytes)
FileName: Lil Scrappy & Trillville - Some Cut(1).mp3 (6,804,146 bytes)
FileName: Mike Jones feat. Slim Thug & Paul Wall - Still Tippin'(1).mp3 (6,404,313 bytes)
FileName: P. Diddy f. 50 Cent, Notorious BIG, Lloyd Banks - Victory 2004.mp3 (9,465,856 bytes)
FileName: (Sublime - ) - Date Rape Song.mp3 (8,792,098 bytes)
FileName: 01-t.i.-you dont know me.mp3 (5,909,360 bytes)
FileName: 04-the_game-hate_it_or_love_it_(feat_50_cent)_(produced_by_cool_and_dre).mp3 (5,104,632 bytes)
FileName: 50 Cent - I Smell Pussy .mp3 (6,660,099 bytes)
FileName: Akon feat. Obie Trice - Look At Me Now (Remix).mp3 (2,364,361 bytes)
FileName: Akon-Mr. Lonely.mp3 (5,714,842 bytes)
FileName: Beanie Sigel - Feel It In The Air.mp3 (5,846,038 bytes)
FileName: Beanie Sigel - The B. Coming - 12 - Gotta Have It (w Twista & Pee.mp3 (3,527,244 bytes)
FileName: Beanie Sigel - The B. Coming - 14 - It's On.mp3 (4,898,944 bytes)
FileName: Biggie Smalls - Kiss your ass goodbye (feat. Goodie Mob, Mobb Deep).mp3 (8,815,572 bytes)
FileName: Big_Mike_Presents-Get_That_Money_And_Run_Pt._2-2004-07-mobb_deep-got_it_twisted-c4.mp3 (4,706,978 bytes)
FileName: Cam'ron ft. Jay-Z & Juelz Santana - Welcome To New York City.mp3 (7,432,001 bytes)
FileName: Camron - nas diss.mp3 (5,605,504 bytes)
FileName: Camron - Purple haze - Let My Gun Go Dipset Remix(1).mp3 (6,689,680 bytes)
FileName: camron - what means the world to you.mp3 (3,453,306 bytes)
FileName: Cassidy & Jay-Z - Im A Hustler(1)(1).mp3 (4,598,724 bytes)
FileName: Chingy Ft. Ludacris & Snoop Dogg - Holidae Inn.mp3 (7,549,987 bytes)
FileName: Coach Carter Soundtrack - 07 - Hope - twista feat faith evans(1).mp3 (6,051,840 bytes)
FileName: common-corners_(feat._kanye_west)(1)(1).mp3 (3,616,436 bytes)
FileName: Dave Mathews Band - Gravedigger(Unreleased).mp3 (3,581,824 bytes)
FileName: Dave Mathews Band - Crash.mp3 (5,061,067 bytes)
FileName: Dave Mathews Band - Daughter (Pearl Jam Cover).mp3 (4,553,856 bytes)
FileName: Dave Mathews Band - Don't Drink The Water.mp3 (6,732,977 bytes)
FileName: Dave Mathews Band - Everyday - 09 - Everyday (1).mp3 (4,579,328 bytes)
FileName: Dave Mathews Band - Lover Lay Down.mp3 (5,415,079 bytes)
FileName: Dave Mathews Band - No Rain (Dave Matthews Band live acoustic Blind Melon cover)(2)(1).mp3 (8,409,620 bytes)
FileName: Dave Mathews Band - So Much To Say (1).mp3 (2,965,504 bytes)
FileName: Dave Mathews Band - The Best Of Whats Around(1).mp3 (3,488,183 bytes)
FileName: Dave Mathews Band - The Space Between Us.mp3 (3,932,160 bytes)
FileName: Dave Mathews Band - Two Step.mp3 (6,128,332 bytes)
FileName: Dave Mathews Band - Walking In Memphis.mp3 (4,405,376 bytes)
FileName: Dave Mathews Band - What Would You Say.mp3 (3,556,542 bytes)
FileName: Dave Mathews Band - Where Are You Going(1).mp3 (5,832,832 bytes)

Weber, Nicholas-UserLog(Compressed)-screenshots-15719715.txt

FileName: Dave Mathews Band- Angel.mp3 (9,636,945 bytes)
FileName: DJ Green Lantern - Invasion Part 3 (Countdown To Armageddon) - 03 - Eminem - Freestyle.mp3 (4,925,968 bytes)
FileName: DJ Green Lantern - Shady Records Mixtape - 14 - Eminem, D12, and 50 Cent-Rap Game(1).mp3 (8,492,524 bytes)
FileName: DJ Green Lantern - Shady Records Mixtape - 35 - Sticky Fingaz Vs 50 Cent - Freestyles Mixed Song.mp3 (6,319,252 bytes)
FileName: Dr. Dre & Snoop Dogg - 187.mp3 (3,909,718 bytes)
FileName: Easy E ft Game - Still Crusin'.mp3 (4,870,977 bytes)
FileName: Fabolous - Breathe.mp3 (8,346,044 bytes)
FileName: Fabolous - Keepin It Gangsta (Remix)(Feat Jadakiss, Styles, M.O.P.)(2)(1)(1).mp3 (7,729,838 bytes)
FileName: Ja Rule, Jadakiss, Fat Joe - New York, New York.mp3 (4,384,399 bytes)
FileName: Jada Kiss - The Best Of D-Block - Fuck 50 cent (50 cent diss)(2).mp3 (1,892,187 bytes)
FileName: Jada Kiss - Why.mp3 (5,845,590 bytes)
FileName: Jada Kiss-U Make Me Wanna (Feat. Mariah Carey).mp3 (7,456,768 bytes)
FileName: Jay Z & Linkin Park - Izzo-In The End.mp3 (3,650,054 bytes)
FileName: Jay Z - The Blueprint - 12 - Renegade - feat. Eminem.mp3 (8,107,073 bytes)
FileName: Jay-Z & Linkin Park - Collision Course - 05 - Izzo-In The End.mp3 (3,652,102 bytes)
FileName: Jay-Z - December 4th.mp3 (6,572,032 bytes)
FileName: Jay-Z Feat. Amil & Ja Rule - Can I Get a Fuck You.mp3 (12,479,600 bytes)
FileName: Jermaine Dupri and Jay Z - Money Aint A Thing.mp3 (4,072,389 bytes)
FileName: Jim Jones Camron Juelz Santana - Drama.mp3 (8,248,914 bytes)
FileName: Juelz Santana - Mic Check 1,2(1).mp3 (5,180,711 bytes)
FileName: Linkin Park feat. Jay-Z - Numb vs. Encore(1).mp3 (4,890,752 bytes)
FileName: Ludacris-Get_Back-(dirty).mp3 (4,422,837 bytes)
FileName: Mobb Deep (Amerikaz Nightmare #13) - Get Me feat. Littles & Big Noyd.mp3 (6,160,615 bytes)
FileName: Mobb Deep (Feat. Twista) - Amerikaz Nightmare - Got It Twisted (Remix).mp3 (6,657,591 bytes)
FileName: Mobb Deep - Amerikaz Nightmare - 02 - Win Or Lose(dirty)(1).mp3 (3,881,906 bytes)
FileName: Mobb Deep - Amerikaz Nightmare - 03 - Clap Those Thangs ft. 50 Cent.mp3 (4,865,523 bytes)
FileName: Mobb Deep - Amerikaz Nightmare - 08 - Gangstaz Roll.mp3 (4,952,064 bytes)
FileName: Mobb Deep - Amerikaz Nightmare - Fire.mp3 (3,562,330 bytes)
FileName: Mobb Deep - Final Destination.mp3 (4,295,220 bytes)
FileName: Mobb Deep - Get Away.mp3 (5,403,342 bytes)
FileName: Mobb Deep - Get It Twisted.mp3 (4,608,365 bytes)
FileName: Mobb Deep - Got it Twisted.mp3 (7,479,296 bytes)
FileName: mobb deep - quiet storm.mp3 (6,621,422 bytes)
FileName: Mobb Deep - Shook Ones Pt. II.mp3 (7,831,552 bytes)
FileName: Mobb Deep -Prodigy ft Nina Sky illa ghee - hold you down.mp3 (6,551,680 bytes)
FileName: Mobb Deep feat Jae Millz & Joe Budden - Got It Twisted (Remix).mp3 (7,479,296 bytes)
FileName: Mobb Deep feat Nas- Its Mine.MP3 (6,320,992 bytes)
FileName: Mobb Deep feat. Lil Jon - Real Gangstaz(1).mp3 (7,276,416 bytes)
FileName: Mobb Deep Ft. 112 - Hey Luv.mp3 (11,285,776 bytes)
FileName: Mobb Deep ft. Vita - Burn.mp3 (6,225,055 bytes)
FileName: Nas - Thug Life Is Mine (feat Mobb Deep).mp3 (6,320,224 bytes)
FileName: Obie Trice - Bad Bitch feat. Timbaland.mp3 (5,995,543 bytes)
FileName: Obie Trice - Cheers - 11 - Spread Yo Shit.mp3 (5,855,276 bytes)
FileName: Obie Trice - Cheers - 12 - Look In My Eyes feat. Nate Dogg.mp3 (6,964,918 bytes)
FileName: Obie Trice - Cheers - 14 - Hoodrats.mp3 (6,054,616 bytes)
FileName: Obie Trice - Cheers -09-obie_trice-follow_my_life.mp3 (5,663,229 bytes)
FileName: Obie Trice - Dont Come Down.mp3 (7,466,968 bytes)
FileName: Obie Trice - Got Some Teeth.mp3 (5,258,355 bytes)
FileName: Obie Trice - Outro.mp3 (3,886,568 bytes)
FileName: Obie Trice ft. Dr. Dre Eminem - Body guard.mp3 (7,050,004 bytes)

FileName: Obie Trice Ft. Eminem - Lady.mp3 (11,436,368 bytes)
FileName: Rap - Memphis Bleek - Round Here - feat. Trick Daddy & T.I.mp3 (7,426,613 bytes)
FileName: Red Hot Chilly Peppers - Scare Tissue.mp3 (3,478,004 bytes)
FileName: Red Hot Chille Peppers - Aeroplane.mp3 (4,562,024 bytes)
FileName: Red Hot Chilli Peppers - Californication .mp3 (7,708,066 bytes)
FileName: Red Hot Chilli Peppers - Cant Stop.mp3 (6,620,025 bytes)
FileName: Red Hot Chilli Peppers - City of Angels.mp3 (4,229,039 bytes)
FileName: Red Hot Chilli Peppers - Fortune Faded.mp3 (4,834,684 bytes)
FileName: Red Hot Chilli Peppers - How Long.mp3 (4,095,124 bytes)
FileName: Red Hot Chilli Peppers - Love Rollercoaster(1).mp3 (4,434,257 bytes)
FileName: Red Hot Chilli Peppers - Under The Bridge(1).mp3 (10,625,024 bytes)
FileName: Red Hot Chilli Peppers-By The Way .mp3 (5,120,107 bytes)
FileName: Red Hot Chilly peppers - Scar Tissue.mp3 (5,211,720 bytes)
FileName: Richard Cheese - Loser (Beck).mp3 (2,335,350 bytes)
FileName: Rza, Gza & Mobb Deep - I Got 5 On It.mp3 (6,101,368 bytes)
FileName: Snoop Doggy Dog - What's My Name.mp3 (3,944,664 bytes)
FileName: Sublime - Ball And Chain.mp3 (5,084,021 bytes)
FileName: Sublime - 11 - Drunk Drivin'.mp3 (327,192 bytes)
FileName: Sublime - 40 Oz to Freedom (Full Album).mp3 (66,359,705 bytes)
FileName: Sublime - 40 oz. to Freedom (Complete CD)(AlbumWrap)_ALBW.mp3 (66,631,439 bytes)
FileName: Sublime - Badfish.mp3 (2,990,742 bytes)
FileName: Sublime - Burritos.mp3 (9,418,752 bytes)
FileName: Sublime - Caress Me Down(1).mp3 (3,388,779 bytes)
FileName: Sublime - Caress Me Down.mp3 (8,554,624 bytes)
FileName: Sublime - Cisco Kid.mp3 (4,454,608 bytes)
FileName: Sublime - Pawn Shop.mp3 (5,845,014 bytes)
FileName: Sublime - Santaria.mp3 (7,409,755 bytes)
FileName: Sublime - Summertime(1).mp3 (10,211,456 bytes)
FileName: Sublime - Summertime.mp3 (10,211,456 bytes)
FileName: Sublime - Why Can't We Be Friends.mp3 (9,156,777 bytes)
FileName: Sublime -6 Slow Ride.mp3 (10,517,793 bytes)
FileName: T - Trance Megamix - (Sandstorm Vs Blow Your Mind Vs Zombie Nation Vs Blade Techno Opener) ®.mp3 (5,974,327 bytes)
FileName: T.I. - 06 lets get away.mp3 (6,649,634 bytes)
FileName: Thalia ft. Fat Joe - I Want You.mp3 (6,743,633 bytes)
FileName: The Game - Nigga Witta Attitude - 12 - Fly Like An Eagle (Ft Lloyd Banks Snoop Dogg And 50 Cent).mp3 (9,687,920 bytes)
FileName: The Game - The Documentary - 07 - Don't Need Your Love.mp3 (6,634,931 bytes)
FileName: The_Game-The_Documentary-2005-12-the_game-runnin_(feat_tony_yayo)_(produced_by_hi-tek).mp3 (6,603,461 bytes)
FileName: Young Buck, Snoop Dogg & Lil' Flip - So Wrong.mp3 (6,258,905 bytes)
FileName: Young Buck, T.I., & Ludacris - Stomp (remix).mp3 (4,589,570 bytes)
FileName: __INCOMPLETE___(Loyal To The Game)01-2pac & Eminem-Soldier Like Me (Return Of The Soldier)14188f6c61d76309666c95c2b8943fa8005471a300c00000ac44000000e6.mp3 (2,176 bytes)
FileName: __INCOMPLETE___Mike Jones - Runnin The Game - 2004 - 08 - Flow (Get It On Da Floor Ft. Paul Wall)263a64b9279a804e63a3d01e4cf2a5ab002ffd9500c00000ac4400000083.mp3 (2,176 bytes)
FileName: __INCOMPLETE___The Game - The Documentary - 08 - Church For Thugs (produced_by_just_blaze)fa2b65902d403c5bbb67c4ada60fb33c0059c0ef00c40000ac44000000f0.mp3 (4,264 bytes)
FileName: 01 Intro.wma (2,121,163 bytes)
FileName: 02 More Gangsta Music.wma (4,308,379 bytes)
FileName: 03 Get Down.wma (2,557,411 bytes)
FileName: 05 Killa Cam.wma (4,278,499 bytes)
FileName: 06 Leave Me Alone, Pt. 2.wma (3,913,963 bytes)
FileName: 07 Down and Out.wma (4,021,531 bytes)
FileName: 09 Rude Boy (Skit).wma (1,445,875 bytes)
FileName: 10 Girls.wma (3,352,219 bytes)

Weber, Nicholas-UserLog(Compressed)-screenshots-15719715.txt
FileName: 11 I'm a Chicken Head (Skit).wma (1,410,019 bytes)
FileName: 12 Soap Opera.wma (4,039,459 bytes)
FileName: 14 Bubble Music.wma (3,752,611 bytes)
FileName: 15 More Reasons.wma (4,362,163 bytes)
FileName: 16 The Block (Skit).wma (770,587 bytes)
FileName: 17 The Dope Man.wma (3,334,291 bytes)
FileName: 18 Family Ties.wma (4,164,955 bytes)
FileName: 19 Adrenaline.wma (4,517,539 bytes)
FileName: 20 Hey Lady.wma (3,035,491 bytes)
FileName: 21 Shake.wma (3,376,123 bytes)
FileName: 23 Dip-Set Forever.wma (3,788,467 bytes)
FileName: 24 Take Em to Church [-].wma (3,692,851 bytes)
FileName: 01 Voices.wma (3,101,285 bytes)
FileName: 02 The Game.wma (3,663,033 bytes)
FileName: 03 Stupify.wma (4,439,911 bytes)
FileName: 04 Down With the Sickness.wma (4,493,725 bytes)
FileName: 05 Violence Fetish.wma (3,286,559 bytes)
FileName: 06 Fear.wma (3,663,025 bytes)
FileName: 07 Numb.wma (3,627,169 bytes)
FileName: 08 Want.wma (3,758,641 bytes)
FileName: 09 Conflict.wma (4,439,913 bytes)
FileName: 10 Shout 2000.wma (4,159,081 bytes)
FileName: 11 Droppin' Plates.wma (3,698,903 bytes)
FileName: 12 Meaning of Life.wma (3,908,063 bytes)
FileName: 01 Intro.wma (902,265 bytes)
FileName: 02 Back 2 Life 2001 [Feat. Mary J. Blige and Jadakiss].wma (3,406,523 bytes)
FileName: 03 Jay-Z Freestyle [Feat. Jay-Z].wma (2,635,367 bytes)
FileName: 04 Who's Next (X-Clue-Sive).wma (3,328,671 bytes)
FileName: 05 Coming for You [Feat. Beanie Siegel and Freeway].wma (3,920,337 bytes)
FileName: 06 Fantastic Four, Pt. 2 [Feat. Cam'ron, Nature and Fabulous].wma (4,553,977 bytes)
FileName: 07 Getting It [Feat. Rah Digga].wma (4,123,487 bytes)
FileName: 08 Cream 2001 [Feat. Raekwon and Ghostface Killah].wma (3,573,755 bytes)
FileName: 09 What the Beat [Feat. Mehod Man and Royce the 5-9].wma (2,982,173 bytes)
FileName: 10 Lil' Mo Interlude.wma (1,123,419 bytes)
FileName: 11 F''K a B'''h [Feat. Kurupt].wma (3,005,959 bytes)
FileName: 12 Change the Game [Feat. Daz-Kurupt-Beanie Sigel and Memphis Blee [Remix].wma (4,703,343 bytes)
FileName: 13 My N''''z Dem [Feat. Trick Daddy and Trina].wma (3,400,411 bytes)
FileName: 14 Live From the Bridge [Feat. Nas].wma (2,707,125 bytes)
FileName: 15 So Hot [Feat. Foxy Brown].wma (3,519,877 bytes)
FileName: 16 Chinatown [Feat. Junior Mafia and Lil' Cease].wma (3,382,539 bytes)
FileName: 17 Bathgate Freestyle.wma (932,303 bytes)
FileName: 18 M.A.R.C.Y. [Feat. Geda K].wma (3,089,583 bytes)
FileName: 19 I Don't Care [Feat. Capone and Noreaga].wma (3,753,031 bytes)
FileName: 20 The Best of Queens (It's Us) [Feat. Mobb Deep].wma (3,448,211 bytes)
FileName: 21 Red [Feat. Redman].wma (2,713,051 bytes)
FileName: 22 Dangerous [Feat. Muggs and Lady Luck].wma (3,107,581 bytes)
FileName: 23 Phone Patch [Feat. Ty Shaun].wma (1,237,085 bytes)
FileName: 01 Intro.wma (4,039,399 bytes)
FileName: 02 Ruff Ryders' Anthem.wma (3,471,951 bytes)
FileName: 03 Fuckin' Wit' D.wma (2,246,959 bytes)
FileName: 04 Storm (Skit).wma (1,003,935 bytes)
FileName: 05 Look Thru My Eyes.wma (3,728,961 bytes)
FileName: 06 Get at Me Dog.wma (3,920,209 bytes)
FileName: 07 Let Me Fly.wma (4,081,625 bytes)
FileName: 08 X-Is Coming.wma (4,183,083 bytes)
FileName: 09 Damien.wma (3,591,459 bytes)
FileName: 10 How's It Goin' Down.wma (4,571,549 bytes)
FileName: 11 Mickey (Skit).wma (412,287 bytes)
FileName: 12 Crime Story.wma (3,687,097 bytes)
FileName: 13 Stop Being Greedy.wma (3,507,871 bytes)

FileName: 14 ATF.wma (1,894,269 bytes)
FileName: 15 For My Dogs.wma (4,057,723 bytes)
FileName: 16 I Can Feel It.wma (4,081,533 bytes)
FileName: 17 Prayer (Skit).wma (2,467,953 bytes)
FileName: 18 The Convo.wma (3,460,159 bytes)
FileName: 19 Niggaz Done Started Something.wma (4,995,979 bytes)
FileName: 01 Sometimes.wma (1,105,395 bytes)
FileName: 02 School Street.wma (2,963,949 bytes)
FileName: 03 Who We Be.wma (4,667,095 bytes)
FileName: 04 Trina Moe.wma (3,938,029 bytes)
FileName: 05 We Right Here.wma (4,344,399 bytes)
FileName: 06 Bloodline Anthem.wma (4,314,529 bytes)
FileName: 07 Shorty Was da Bomb.wma (5,043,607 bytes)
FileName: 08 Damien III.wma (3,268,715 bytes)
FileName: 09 When I'm Nothing.wma (4,422,145 bytes)
FileName: 10 I Miss You.wma (4,553,583 bytes)
FileName: 11 Number 11.wma (4,314,513 bytes)
FileName: 12 Pull Up (Skit).wma (376,335 bytes)
FileName: 13 I'ma Bang.wma (4,930,037 bytes)
FileName: 14 Pull Out (Skit).wma (430,121 bytes)
FileName: 15 You Could Be Blind.wma (4,446,019 bytes)
FileName: 16 The Prayer IV.wma (1,685,059 bytes)
FileName: 17 A Minute for Your Son.wma (16,314,341 bytes)
FileName: 01 Lolo (Intro).wma (699,077 bytes)
FileName: 02 The Watcher.wma (3,346,459 bytes)
FileName: 03 Fuck You.wma (3,334,485 bytes)
FileName: 04 Still D.R.E.wma (4,380,301 bytes)
FileName: 05 Big Ego's.wma (3,854,377 bytes)
FileName: 06 Xxplosive.wma (3,489,881 bytes)
FileName: 07 What's the Difference.wma (3,944,057 bytes)
FileName: 08 Bar One.wma (842,529 bytes)
FileName: 09 Light Speed.wma (2,617,349 bytes)
FileName: 10 Forgot About Dre.wma (3,597,515 bytes)
FileName: 11 The Next Episode.wma (2,623,473 bytes)
FileName: 12 Let's Get High.wma (2,390,301 bytes)
FileName: 13 Bitch Niggaz.wma (4,099,441 bytes)
FileName: 14 The Car Bomb.wma (1,003,861 bytes)
FileName: 15 Murder Ink.wma (2,402,229 bytes)
FileName: 16 Ed-Ucation.wma (1,511,801 bytes)
FileName: 17 Some L.A. Niggaz.wma (4,284,781 bytes)
FileName: 18 Pause 4 Porno.wma (1,517,777 bytes)
FileName: 19 Housewife.wma (3,932,081 bytes)
FileName: 20 Ackrite.wma (3,561,549 bytes)
FileName: 21 Bang Bang.wma (3,609,389 bytes)
FileName: 22 The Message.wma (5,312,551 bytes)
FileName: 01 Intro.wma (3,095,427 bytes)
FileName: 02 Change the Game.wma (3,041,753 bytes)
FileName: 03 I Just Wanna Love U (Give It 2 Me).wma (3,675,295 bytes)
FileName: 04 Streets Is Talking.wma (4,601,423 bytes)
FileName: 05 This Can't Be Life.wma (4,649,343 bytes)
FileName: 06 Get Your Mind Right Mami.wma (4,225,033 bytes)
FileName: 07 Stick 2 the Script.wma (4,009,821 bytes)
FileName: 08 You, Me, Him and Her.wma (3,621,445 bytes)
FileName: 09 Guilty Until Proven Innocent.wma (4,768,769 bytes)
FileName: 10 Parking Lot Pimpin'.wma (4,111,465 bytes)
FileName: 11 Holla.wma (3,436,063 bytes)
FileName: 12 1-900-Hustler.wma (3,723,055 bytes)
FileName: 13 The R.O.C.wma (3,973,945 bytes)
FileName: 14 Soon You'll Understand.wma (4,434,055 bytes)
FileName: 15 Squeeze 1st.wma (3,710,963 bytes)
FileName: 16 Where Have You Been.wma (5,378,361 bytes)
FileName: 01 Album Intro.wma (2,348,329 bytes)
FileName: 02 The Message.wma (3,794,543 bytes)

Weber, Nicholas-UserLog(Compressed)-screenshots-15719715.txt

FileName: 03 Street Dreams.wma (4,529,659 bytes)
FileName: 04 I Gave You Power.wma (3,764,685 bytes)
FileName: 05 Watch Dem Niggas.wma (3,955,905 bytes)
FileName: 06 Take It in Blood.wma (4,649,231 bytes)
FileName: 07 Nas Is Coming.wma (5,497,705 bytes)
FileName: 08 Affirmative Action.wma (4,195,099 bytes)
FileName: 09 The Set Up.wma (3,908,095 bytes)
FileName: 10 Black Girl Lost.wma (4,248,765 bytes)
FileName: 11 Suspect.wma (4,075,405 bytes)
FileName: 12 Shootouts.wma (3,663,095 bytes)
FileName: 13 Live Nigga Rap.wma (3,639,183 bytes)
FileName: 14 If I Ruled the World (Imagine That).wma (4,559,569 bytes)
FileName: 01 Superman's Dead.wma (4,141,167 bytes)
FileName: 02 Automatic Flowers.wma (3,955,915 bytes)
FileName: 03 Carnival.wma (4,643,195 bytes)
FileName: 04 Big Dumb Rocket.wma (4,254,711 bytes)
FileName: 05 4 A.M.wma (4,153,101 bytes)
FileName: 06 Shaking.wma (3,507,753 bytes)
FileName: 07 Clumsy.wma (4,350,309 bytes)
FileName: 08 Hello Oskar.wma (2,957,911 bytes)
FileName: 09 Let You Down.wma (3,770,699 bytes)
FileName: 10 The Story of 100 Aisles.wma (3,633,273 bytes)
FileName: 11 Car Crash.wma (4,995,781 bytes)
FileName: 01 Blood (Empty Promises).wma (2,838,431 bytes)
FileName: 02 Not Listening.wma (3,071,477 bytes)
FileName: 03 Stop Looking-Start Seeing.wma (3,035,645 bytes)
FileName: 04 Take Me.wma (3,334,409 bytes)
FileName: 05 Getting Away With Murder.wma (3,101,393 bytes)
FileName: 06 Be Free.wma (3,202,937 bytes)
FileName: 07 Done With You.wma (2,784,629 bytes)
FileName: 08 Scars.wma (3,358,309 bytes)
FileName: 09 Sometimes.wma (3,035,639 bytes)
FileName: 10 Blanket of Fear.wma (3,256,737 bytes)
FileName: 11 Tyranny Normality.wma (2,587,429 bytes)
FileName: 12 Do or Die.wma (3,310,523 bytes)
FileName: Snoop Doggy Dogg - Aint No Fun.mp3 (3,960,667 bytes)
FileName: Snoop Doggy Dogg - Bathtub.mp3 (1,770,143 bytes)
FileName: Snoop Doggy Dogg - Doggy Dogg World.mp3 (4,882,267 bytes)
FileName: Snoop Doggy Dogg - For All My Niggaz & Bitches.mp3 (4,523,658 bytes)
FileName: Snoop Doggy Dogg - G Funk Intro.mp3 (2,315,162 bytes)
FileName: Snoop Doggy Dogg - Gin and Juice.mp3 (3,386,809 bytes)
FileName: Snoop Doggy Dogg - Gz And Hustlas.mp3 (3,707,802 bytes)
FileName: Snoop Doggy Dogg - Interlude 1.mp3 (590,663 bytes)
FileName: Snoop Doggy Dogg - Interlude 2.mp3 (595,260 bytes)
FileName: Snoop Doggy Dogg - Interlude 3.mp3 (543,433 bytes)
FileName: Snoop Doggy Dogg - Interlude 4.mp3 (712,707 bytes)
FileName: Snoop Doggy Dogg - Interlude 5.mp3 (899,952 bytes)
FileName: Snoop Doggy Dogg - Lodi Dodi.mp3 (4,233,177 bytes)
FileName: Snoop Doggy Dogg - Murder Was The Case.mp3 (3,493,807 bytes)
FileName: Snoop Doggy Dogg - Pump Pump.mp3 (3,579,907 bytes)
FileName: Snoop Doggy Dogg - Serial Killa.mp3 (3,439,054 bytes)
FileName: Snoop Doggy Dogg - Tha Shiznit.mp3 (3,904,243 bytes)
FileName: Snoop Doggy Dogg - Who Am I.mp3 (3,949,383 bytes)
FileName: 01 Track 1.wma (1,206,775 bytes)
FileName: 02 Track 2.wma (2,688,823 bytes)
FileName: 03 Track 3.wma (3,621,079 bytes)
FileName: 04 Track 4.wma (3,101,167 bytes)
FileName: 05 Track 5.wma (3,949,759 bytes)
FileName: 06 Track 6.wma (4,469,671 bytes)
FileName: 07 Track 7.wma (4,057,327 bytes)
FileName: 08 Track 8.wma (4,636,999 bytes)
FileName: 09 Track 9.wma (5,168,863 bytes)
FileName: 10 Track 10.wma (4,212,703 bytes)

FileName: 11 Track 11.wma (4,738,591 bytes)
FileName: 12 Track 12.wma (3,973,663 bytes)
FileName: 13 Track 13.wma (3,609,127 bytes)
FileName: 14 Track 14.wma (3,376,063 bytes)
FileName: 15 Track 15.wma (4,368,079 bytes)
FileName: 16 Track 16.wma (3,943,783 bytes)
FileName: 17 Track 17.wma (5,144,959 bytes)
FileName: 18 Track 18.wma (4,965,679 bytes)
FileName: 19 Track 19.wma (4,905,919 bytes)
FileName: 01 Wu-Revolution.wma (6,561,177 bytes)
FileName: 02 Reunited.wma (5,204,887 bytes)
FileName: 03 For Heaven's Sake.wma (4,105,363 bytes)
FileName: 04 Cash Still Rules-Scary Hours (Still Don't Nothing Move But the Money).wma (2,946,103 bytes)
FileName: 05 Visionz.wma (3,065,477 bytes)
FileName: 06 As High as Wu-Tang Get.wma (2,563,523 bytes)
FileName: 07 Severe Punishment.wma (4,684,993 bytes)
FileName: 08 Older Gods.wma (3,011,721 bytes)
FileName: 09 Maria.wma (2,850,379 bytes)
FileName: 10 A Better Tomorrow.wma (4,780,631 bytes)
FileName: 11 It's Yourz.wma (4,141,163 bytes)
FileName: .mp3 (4,613,057 bytes)
FileName: 02 - Sublime - Raleigh Soliloquy Pt. I.mp3 (2,566,272 bytes)
FileName: 03 Raleigh Soliloquy Pt. I.m4a (1,760,627 bytes)
FileName: 06 - Maroon 5 - Woman.mp3 (7,393,617 bytes)
FileName: 06 Get Your Mind Right Mami.wma (4,222,467 bytes)
FileName: 09 - 50 Cent - Get In My Car.mp3 (6,394,500 bytes)
FileName: 10 - Louie DeVito - The Crowd Song - NYC Underground Party, Vol. 5 (1 of 2).mp3 (5,937,405 bytes)
FileName: 10 Linkin Park - Breaking The Habit.mp3 (4,710,930 bytes)
FileName: 10 Parking Lot Pimpin'.mp3 (5,150,501 bytes)
FileName: 11 - Sublime - Raleigh Soliloguy Pt. II.mp3 (5,281,920 bytes)
FileName: 12 Diplomat Records Presents Dipset Memorial Day Mixtapes - See My Clip.mp3 (3,078,766 bytes)
FileName: 2 pac - To Live and Die in LA.mp3 (4,376,578 bytes)
FileName: 2 Pac ft. Game, Ludacris - How We Do (remix).mp3 (5,888,836 bytes)
FileName: 2Pac & Snoop Dogg - Hypnotize (Remix).mp3 (3,500,593 bytes)
FileName: 2pac - All about You.mp3 (4,379,042 bytes)
FileName: 2pac - I Wonder If Heaven Got A Ghetto.mp3 (4,488,881 bytes)
FileName: 2pac - Loyal to the Game - 04 - Ghetto Gospel Feat. Elton John.mp3 (5,714,653 bytes)
FileName: 2pac - Loyal to the Game - 10 - Crooked Nigga Too.mp3 (4,210,116 bytes)
FileName: 2pac - Me And My Girlfriend.mp3 (4,934,420 bytes)
FileName: 2Pac - Pain - Above The Rim Soundtrack.mp3 (4,397,056 bytes)
FileName: 2PAC - Trapped.mp3 (4,573,184 bytes)
FileName: 2pac - White Mans World.mp3 (4,072,576 bytes)
FileName: 50 CENT & G - UNIT - I NEED a GIRL FREESTYLE & TUPAC BEAT FREESTYLE (2 FREESTYLES).wav (39,670,328 bytes)
FileName: 50 Cent - Build you Up.mp3 (2,813,369 bytes)
FileName: 50 Cent - Disco Inferno (Dirty).mp3 (5,064,874 bytes)
FileName: 50 Cent - Get Rich Or Die Trying - 07 - Cocaine Dreams(1).mp3 (3,496,632 bytes)
FileName: 50 Cent - Get Rich Or Die Trying - 07 - Heat.mp3 (6,118,423 bytes)
FileName: 50 Cent - Get Rich Or Die Trying - 10 - Back Down.mp3 (5,314,739 bytes)
FileName: 50 Cent - High All The Time.mp3 (6,469,879 bytes)
FileName: 50 Cent - In Da Club.mp3 (5,799,990 bytes)
FileName: 50 Cent - Material Girl.mp3 (2,948,161 bytes)
FileName: 50 Cent - The Massacare - 19 - God Gave Me Style.mp3 (2,911,966 bytes)
FileName: 50 Cent - The Massacre - 02 - In My Hood.mp3 (5,065,213 bytes)
FileName: 50 Cent - The Massacre - 04 - Im Supposed To Die Tonight.mp3 (3,699,025 bytes)
FileName: 50 Cent ft G Unit - My Buddy.mp3 (5,393,054 bytes)
FileName: 50 cent ft mobb deep - outta control (remix).mp3 (5,148,257 bytes)

Weber, Nicholas-UserLog(Compressed)-screenshots-15719715.txt

FileName: 50 Cent ft. Eminem & Destiny's Child - Thug Love (remix).mp3 (3,850,240 bytes)
FileName: 50 cent ft. Eminem- Lets get it on (unreleased).mp3 (3,909,760 bytes)
FileName: 50 Cent vs Eminem Freestyle.mp3 (2,862,649 bytes)
FileName: 50 Cents - Get Rich Or Die Trying - 19 - Life's On The Line (Bonus).mp3 (5,243,843 bytes)
FileName: 50 Cents ft Lloyd Banks & Tony Yayo - Bad News.mp3 (4,136,960 bytes)
FileName: 50Cent - 21 Questions.mp3 (5,387,412 bytes)
FileName: 50cent - dont push me.mp3 (5,976,064 bytes)
FileName: 50cent - whats up gangster.mp3 (4,307,824 bytes)
FileName: 50cent-if i cant mp3.mp3 (4,721,771 bytes)
FileName: Alchemist - Dead Bodies (feat The Game & Prodigy).mp3 (5,517,312 bytes)
FileName: Alchemist Feat. Prodigy, Illa Gee & Nina Sky - 05 Hold You Down.mp3 (5,677,554 bytes)
FileName: Alchemist ft. Fabolous & Jae Millz - Hold You Down Remix.mp3 (5,277,191 bytes)
FileName: Alchemist w Dilated Peoples w Havoc & Guru - Worst Comes To Worst (Remix).mp3 (4,787,260 bytes)
FileName: Alchemist- Nas and Mobb Deep.mp3 (5,110,202 bytes)
FileName: Beck - Epro.mp3 (3,127,519 bytes)
FileName: Beck - Guero - 03 - Girl.mp3 (4,673,477 bytes)
FileName: Blackstar - MosDef&TalibKweli Are Blackstar - 06 - Brown Skin Lady.mp3 (5,553,468 bytes)
FileName: BRAVE HEART - Theme Song.mp3 (7,009,141 bytes)
FileName: Breaking Benjamin - Sooner Or Later.mp3 (6,366,538 bytes)
FileName: Cam'ron Hell Rell - Get Em Daddy ( Dirty ).mp3 (3,873,019 bytes)
FileName: Camron - Purple Haze - 10 - Girls Ft. Mona Lisa.mp3 (4,709,026 bytes)
FileName: Cascada - Everytime We Touch.mp3 (4,782,080 bytes)
FileName: Cascada - Miracle.mp3 (5,234,688 bytes)
FileName: Club Exit NYC Vol 3 - Hot Techno!!!!!!!!!!!!!!!.mp3 (3,940,067 bytes)
FileName: Coach Carter Soundtrack - Kanye West feat. Common - Wouldn't you like to Ride.mp3 (5,530,487 bytes)
FileName: Common - The Light.mp3 (4,193,052 bytes)
FileName: Common f. Scarface and Mos Def - The Corners (remix).mp3 (9,980,836 bytes)
FileName: Common feat Kanye West & Last Poets - The Corners.mp3 (5,663,370 bytes)
FileName: Craig David f Mos Def - 7 Days (Premier Remix).mp3 (4,028,998 bytes)
FileName: D-12 - D12 World - 01 - Git Up.mp3 (5,810,079 bytes)
FileName: D-12 - D12 World - 03 - Just Like You.mp3 (5,407,681 bytes)
FileName: D-12 - D12 World - 10 - Leave Dat Boy Alone.mp3 (7,846,946 bytes)
FileName: D-12 - D12 World - 18 - American Psycho 2 (feat b real).mp3 (5,472,256 bytes)
FileName: D-12 - D12 World - Bitch.mp3 (7,794,281 bytes)
FileName: D-12 - D12 World - Good Die Young.mp3 (8,531,804 bytes)
FileName: d-block-Styles P ft. Jadakiss - Dope Money.mp3 (4,210,938 bytes)
FileName: D12 & Lil John - D-12 World - Pour Your 40 Out.mp3 (5,819,927 bytes)
FileName: D12 F. Eminem - Purple Pills.mp3 (7,292,119 bytes)
FileName: Dance - Kim English - Unspeakable Joy - Louie Devito - NYC Underground Party - 09.mp3 (6,975,448 bytes)
FileName: Dance House Mixed by Louie DeVito - NYC Underground Party Vol 2 - 08 - Give Me Tonight- Jonathan Peters Mix- Shannon.mp3 (7,282,287 bytes)
FileName: Darude - Calm Before the Storm - (Download if you like any Techno, Rave, Trance, Remix, DJ stuff or Webster Hall)(5).mp3 (6,294,972 bytes)
FileName: DaRude - Sandstorm(Original).mp3 (6,286,099 bytes)
FileName: Darude - Touch Me Feel Me.mp3 (3,734,327 bytes)
FileName: David Banner - Play.mp3 (5,605,077 bytes)
FileName: DHT - Listen To Your Heart (Trance Remix).mp3 (3,365,015 bytes)
FileName: DHT - True Love.mp3 (3,773,464 bytes)
FileName: Dialated Peoples feat. Kanye West - This Way.mp3 (3,778,735 bytes)
FileName: Dido (Trance) - You Take My Breath Away - DJ Tiesto Vocal Mix.mp3 (12,226,512 bytes)
FileName: Diplomats - Diplomatic Immunity 2 - 17 - Crunk Muzik featuring Jim Jones, Cam'Ron & Jeulz Santana.mp3 (6,423,906 bytes)
FileName: Diplomats - Get Crunk Music.mp3 (6,424,704 bytes)

FileName: Diplomats - J.R. Writer - Unsolved Mysteries.mp3 (6,504,284 bytes)
FileName: Diplomats - Ready For War(D-Block_VS._Dipset)-2003-19-camron_jim_jones_jr_writer_juelz-the_line_up-wcr.mp3 (4,336,670 bytes)
FileName: Diplomats feat. Juelz Santana - Who I Am .mp3 (6,227,510 bytes)
FileName: Dirty Vegas - Days Go By.mp3 (5,347,328 bytes)
FileName: distrubed - stupified.mp3 (4,413,440 bytes)
FileName: Disturbed - Down With The Sickness.mp3 (4,460,672 bytes)
FileName: Dj Chuckie - Blow Up The Speakers.mp3 (5,201,083 bytes)
FileName: DJ Sammy - Boys of Summer.mp3 (3,614,449 bytes)
FileName: DJ Sammy - California Dreaming.mp3 (6,515,327 bytes)
FileName: DJ Sammy - Rise Again.mp3 (4,808,562 bytes)
FileName: DJ Sammy - take my breath away techno remix.mp3 (5,002,170 bytes)
FileName: DJ Sammy - The Boys of Summer.mp3 (5,912,465 bytes)
FileName: DJ Sammy - Were In Heaven.mp3 (3,721,300 bytes)
FileName: DJ Tiesto - As The Rush Comes - Motorcycle.mp3 (9,675,674 bytes)
FileName: DJ Tiesto ft. BT - Love Comes Again.mp3 (11,622,400 bytes)
FileName: DMX - Get it on the floor.mp3 (6,295,552 bytes)
FileName: Drag-On & LOX-Ready For War.mp3 (5,687,424 bytes)
FileName: Drag-On ft DMX - Niggas Die For Me.mp3 (3,713,091 bytes)
FileName: Drag-On-18-What's It All About (ft. Parle).mp3 (4,694,414 bytes)
FileName: DRUM AND BASS 3- Shaylor - Tribal 1 this track rocks ( techno tekno acid rave jungle dj drum bass electronic funk vinyl dance industrial trance juno beat tech vs remix hardcore.mp3 (5,856,734 bytes)
FileName: drum n' bass & jungle - krs one & goldie - digital (armand van helden's speed garage mix)(2) 1.mp3 (5,992,448 bytes)
FileName: Eazy E - Real Compton City G's.mp3 (5,326,120 bytes)
FileName: Eminem & Cypress Hill- Rap Superstar.mp3 (4,018,176 bytes)
FileName: Eminem & D12 - Detroit Grammar (Nelly Diss).mp3 (2,889,728 bytes)
FileName: Eminem - Cleaning Out My Closet.mp3 (7,149,119 bytes)
FileName: Eminem - My Dads Gone Crazy.mp3 (6,409,323 bytes)
FileName: eminem - the best freestyle i have ever heard.mp3 (2,996,764 bytes)
FileName: Eminem - Till I Collapse.mp3 (7,147,857 bytes)
FileName: Eminiem-Lose yourself.mp3 (5,223,759 bytes)
FileName: Euro Dance Club Mixes #5 - Rockell - The Dance (Hex Dez Club Mix) - (Download if you like any Techno, Rave, Trance, Remix, DJ stuff or Webster Hall) 1.mp3 (13,203,456 bytes)
FileName: Evanescence feat. Linkin Park - Bring Me To Life.mp3 (4,788,245 bytes)
FileName: Fabolous - Breathe.mp3 (8,345,276 bytes)
FileName: Fabolous - Real Talk - 17 - Ghetto (feat. Thara).mp3 (6,150,081 bytes)
FileName: Fabolous - Real Talk - In My Hood.mp3 (7,679,175 bytes)
FileName: Fabolous - Young Sexy (feat. Pharrell and Mike Shorey).mp3 (6,211,584 bytes)
FileName: Fabulous - Young'n (Holla Back).mp3 (3,331,526 bytes)
FileName: Fat Boy Slim - Rockafella Skank.mp3 (3,831,559 bytes)
FileName: G-Unit feat. The Game - Where Im From.mp3 (2,807,936 bytes)
FileName: Game feat. Kanye West & Ludacris - The Whole City Behind Us.mp3 (4,489,463 bytes)
FileName: Hip-Hop - DJ Smallz & Pitbull - Southern Smoke - Lil Flip ft. 2pac Snoop Dogg - Houston To Los Angeles.mp3 (4,164,162 bytes)
FileName: House of Pain - Jump Around.mp3 (3,356,630 bytes)
FileName: Instrumentals - Diplomats - I Really Mean It.mp3 (2,359,296 bytes)
FileName: Instrumentals - Diplomats - U Ought To Know.mp3 (4,364,214 bytes)
FileName: Ja Rule ft. Fat Joe, Jadakiss - Im From NY.mp3 (3,989,200 bytes)
FileName: Jadakiss - The Champ Is Here.mp3 (4,278,189 bytes)
FileName: Jadakiss feat. Styles P, Common, & Nas - Why (Remix).mp3 (4,860,537 bytes)
FileName: Jay Z & DMX - Money, Cash, Hoes.mp3 (5,718,638 bytes)
FileName: Jay Z - Dear Summer (The Game Diss).mp3 (1,183,189 bytes)
FileName: Jay Z - Excuse Me Miss.mp3 (6,770,735 bytes)
FileName: Jay Z - The Dynasty Roc La Familia - 14 - Soon You'll Understand.mp3 (6,571,069 bytes)
FileName: Jay-Z_ft_Linkin_Park--Numb_Encore.mp3 (3,253,394 bytes)
FileName: Jim Jones - Baby Girl (New Shit 2005).mp3 (4,248,516 bytes)

Weber, Nicholas-UserLog(Compressed)-screenshots-15719715.txt
FileName: Jim Jones - Harlem (Diary of a Summer) - 08 - Penitentiary Chances ft. Hell Rell.mp3 (4,942,453 bytes)
FileName: Jim Jones - Harlem-Diary Of A Summer - 12 - Confront Ya Babe featuring Max B. & Cardan.mp3 (6,921,699 bytes)
FileName: Jim Jones, Cam'ron & Game - Certified Gangstas.mp3 (4,123,570 bytes)
FileName: Jim Jones- Story to Tell.mp3 (528,009 bytes)
FileName: Jimmy Eat World - Sweetness.mp3 (5,041,945 bytes)
FileName: Jodeci - Feenin'.mp3 (4,984,214 bytes)
FileName: Jodeci - Freak 'N You.mp3 (5,041,316 bytes)
FileName: Jodeci - Get On Up.mp3 (3,616,977 bytes)
FileName: Jodeci - Good Luv.mp3 (4,644,406 bytes)
FileName: Jodeci - Knockin the boots .mp3 (4,693,880 bytes)
FileName: jodeci - let me lick you up and down.mp3 (2,210,881 bytes)
FileName: Joe ft. lloyd banks - There she goes.MP3 (2,335,274 bytes)
FileName: John Mayer - Clarity.mp3 (6,537,193 bytes)
FileName: John Mayer - Daughters.mp3 (5,745,996 bytes)
FileName: jonathan peters - dont know what to do jp mix.mp3 (7,421,202 bytes)
FileName: Jonathan Peters Ft.Sylver 1- After All This Time.mp3 (5,106,624 bytes)
FileName: Kanye West - Jesus Walks.mp3 (5,043,274 bytes)
FileName: Kanye West - Late Registration - 02 - Doing Fine.mp3 (4,032,393 bytes)
FileName: Kanye West - Late Registration - Niggas Gossip.mp3 (5,660,377 bytes)
FileName: Kanye West feat. Jamie Foxx-Gold Digger (DIRTY).mp3 (5,048,860 bytes)
FileName: Kanye West Feat. Mos Def, Freeway, Miri Ben Ari & The Harlem Boys Choir ~ 2 Words.mp3 (6,377,258 bytes)
FileName: kayne west - gansta gangsta.mp3 (3,543,544 bytes)
FileName: Kayne West ft. Mos Def - Two Words.mp3 (2,803,840 bytes)
FileName: Knockin Niggaz Out Mike Jones Feat Roy Jones.wma (2,246,111 bytes)
FileName: KRS 1 - Wannabemceez (with Mad Lion).mp3 (5,246,028 bytes)
FileName: KRS One - BDP - My Philosophy (1).mp3 (5,408,827 bytes)
FileName: Lil Jon ft Ice Cube - Roll Call.mp3 (5,078,016 bytes)
FileName: Linkin Park - Step up.mp3 (3,604,608 bytes)
FileName: Linkin Park - Breaking The Habbit.mp3 (4,706,834 bytes)
FileName: Linkin Park - Crawling.mp3 (2,471,246 bytes)
FileName: Linkin Park - Faint.mp3 (3,890,378 bytes)
FileName: Linkin Park - My December.mp3 (4,115,631 bytes)
FileName: Linkin Park - Nobodys Listening.mp3 (4,294,619 bytes)
FileName: Linkin Park - Numb.mp3 (4,499,832 bytes)
FileName: linkin park - one step closer.mp3 (2,489,492 bytes)
FileName: Linkin Park - Papercut.mp3 (4,445,123 bytes)
FileName: Linkin Park - Part Of Me (Unreleased).mp3 (5,439,616 bytes)
FileName: Lloyd Banks - Just Another Day.mp3 (4,709,553 bytes)
FileName: Lloyd Banks - My girl.mp3 (3,383,090 bytes)
FileName: Lloyd Banks - The Banks Workout.mp3 (5,806,834 bytes)
FileName: lloyd banks - the hunger for more - work magic (feat young buck).mp3 (7,372,522 bytes)
FileName: Lloyd Banks ft. Tony Yayo - Mr. Potato Head (Dissin Game).wma (2,178,262 bytes)
FileName: Lloyd Banks-I'm So Fly.mp3 (6,656,734 bytes)
FileName: Louie DeVito - Blow The Speakers.mp3 (3,512,615 bytes)
FileName: Louie DeVito - NYC Underground Party Volume 5 - In Your Eyes - Luz Devina.mp3 (6,563,974 bytes)
FileName: Loyd banks - Work magic.mp3 (7,372,522 bytes)
FileName: Loyd Banks -2004 Warm Up.mp3 (3,285,896 bytes)
FileName: Loyd banks ft. Fabalous - killing me.mp3.mp3 (6,192,768 bytes)
FileName: Ludacris - Red Light District - 13 - Pimpin' All Over The World (Feat. Bobby V.).mp3 (8,744,960 bytes)
FileName: Ludacris - The Red Light District - 02 - Number One Spot (1).mp3 (6,318,732 bytes)
FileName: Mariah Carey - Rainbow - 10 - Crybaby (featuring Snoop dogg).mp3 (7,676,032 bytes)
FileName: Mariah Carey- We Belong Together (REMIX) Feat. Jadakiss & Styles P.mp3 (6,115,161 bytes)
FileName: Melanie C - I Turn To You - Mixed By Louie Devito - NYC Underground Party

Vol.3 - 01 - Melanie C - I Turn To You.mp3 (6,465,536 bytes)
FileName: Mike Jones - Back Then.mp3 (3,863,659 bytes)
FileName: Mike Jones - Day 2 Day Grindin'.mp3 (5,683,722 bytes)
FileName: Mike Jones - get it on the floor.mp3 (3,165,551 bytes)
FileName: Mike Jones - I'm a Soldier.mp3 (3,060,296 bytes)
FileName: Mike Jones - Pac Man.mp3 (4,070,292 bytes)
FileName: mike jones - still tippin.mp3 (4,269,837 bytes)
FileName: Mike Jones- Intoxicated.mp3 (2,999,659 bytes)
FileName: Mike Jones-Still trippin.mp3 (8,516,005 bytes)
FileName: Mos Def & Mad Skillz- The High and Mighty.mp3 (3,964,294 bytes)
FileName: MOS DEF & PHAROAHE MONCH - Oh No (feat. Nate Dogg).mp3 (9,601,951 bytes)
FileName: Mos Def - Black On Both Sides - 14 - Habitat.mp3 (6,709,626 bytes)
FileName: Mos Def - Umi Says.mp3 (4,985,468 bytes)
FileName: Mos Def feat. Ghostface Killah - Ms. Fat Booty Part 2.mp3 (5,074,484 bytes)
FileName: Mos Def feat. Nate dog-Oh No.mp3 (5,752,517 bytes)
FileName: Move Bitch- Ludacris.mp3 (4,335,201 bytes)
FileName: Nas - Ether.mp3 (6,663,233 bytes)
FileName: Nas - Oochie Wally .mp3 (5,737,268 bytes)
FileName: Nas feat Ginuwine - You Owe Me .mp3 (4,608,922 bytes)
FileName: Nas, Canibus, & The Firm - Desperados.mp3 (3,813,376 bytes)
FileName: NERDs (Neptunes) - Lapdance.mp3 (5,109,760 bytes)
FileName: Pearl Jam - Jeremy.mp3 (5,108,263 bytes)
FileName: Pearl Jam - Once.mp3 (3,706,578 bytes)
FileName: R Kelly - TP3 Reloaded - Happy Summertime (Feat. Snoop Dogg).mp3 (5,576,440 bytes)
FileName: Rave - Techno- Trance on Ecstasy.mp3 (4,128,896 bytes)
FileName: Rave-Techno - Theme - Halloween theme (Terror mix).mp3 (2,895,493 bytes)
FileName: S.A.N.T.A.N.A..mp3 (5,283,751 bytes)
FileName: Scars of Life - 05 - Purity (you like linkin park, godsmack, disturbed, pantera, limp bizkit, tool, staind, korn).mp3 (5,952,783 bytes)
FileName: Sean Paul and Sasha- Im Still In Love With You Boy.mp3 (5,290,977 bytes)
FileName: Shady Records Mixtape - 10 D Block (DJ Green Lantern, Jadakiss, Sheek, Styles P, J Hood) - 2 Gunz Up.mp3 (4,201,093 bytes)
FileName: She Wants To Move (Remix feat. Common, Mos Def, Q-Tip & De La Soul).mp3 (4,576,445 bytes)
FileName: Slow Jams - Jodeci - Freakin' You.mp3 (5,045,412 bytes)
FileName: Slum Village ft. Mos Def, Saul Williams - Get It Togheter.mp3 (7,080,601 bytes)
FileName: Snoop Dogg - Ghetto Symphony.mp3 (5,435,392 bytes)
FileName: Snoop Dogg - Ups And Downs.mp3 (5,981,379 bytes)
FileName: Snoop Dogg Ft 50 Cent - Oh No.mp3 (4,844,598 bytes)
FileName: Snow - Informer.mp3 (4,358,478 bytes)
FileName: Styles P - I Get High.mp3 (3,582,226 bytes)
FileName: Styles P - Time Is Money - 07 - Its So Hard.mp3 (1,845,248 bytes)
FileName: Styles P - Time Is Money - 15 - For Every Ft. Jae Hood.MP3 (5,406,221 bytes)
FileName: Styles P ft Akon - Locked Up .mp3 (3,745,418 bytes)
FileName: Styles P ft. Pharoah Monch - My Life.mp3 (3,417,287 bytes)
FileName: styles_p-livin_to_die_(feat_the_game_and_nas).mp3 (4,382,137 bytes)
FileName: Sublime - Raleigh Soliloquy, Pt. III.mp3 (1,533,913 bytes)
FileName: Switchfoot - Ment to Live.mp3 (4,112,676 bytes)
FileName: System Of A Down-Mezmerize-Violent Pornography.mp3 (5,161,338 bytes)
FileName: Techno - DJ 'Boom Boom' - The Best of New York City Underground - 16 - Fired Up!! (NYC Twilo Mix) - Funky Green Dogs(1).mp3 (3,252,098 bytes)
FileName: TECHNO - Castles In The Sky.mp3 (3,600,512 bytes)
FileName: Techno - IIO - At The End.mp3 (6,444,737 bytes)
FileName: techno - Trance Megamix - Sandstorm Vs Blow Your Mind Vs Zombie Nation Vs Blade Techno Opener.mp3 (5,974,071 bytes)
FileName: Techno Trance House - Euro Heaven 2005 Gino Beats.mp3 (3,155,753 bytes)
FileName: Terror Squad ft. Eminem, Mase and Lil Jon - Lean Back Remix.mp3 (4,583,411 bytes)
FileName: The Clipse - im not you ft. jadakiss styles.mp3 (5,785,519 bytes)

FileName: The diplomats-dipset anthem (ft. camron and juelz santana).mp3 (5,955,376 bytes)
FileName: The Game Feat. Prodigy & Alchemist - 08 - Throw That Shit Up.mp3 (4,021,924 bytes)
FileName: The Game ft 50 Cent & G-Unit - We Don't Play No Games.mp3 (4,501,671 bytes)
FileName: The Game ft 50 Cent & Snoop Dogg - West Side Story (Dirty Remix).mp3 (4,270,751 bytes)
FileName: The Game Ft. Easy-E - Still Crusing.mp3 (4,870,977 bytes)
FileName: The Longest Yard Soundtrack - 12 - D12-Eminem - My Ballz.mp3 (6,388,505 bytes)
FileName: The Lox - Jadakiss FLOOOOOOW.mp3 (3,182,840 bytes)
FileName: Tony Yayo - Get Touched.mp3 (3,548,890 bytes)
FileName: tony yayo - thoughts of a predicate felon - curious feat. joe.mp3 (5,312,312 bytes)
FileName: Tony Yayo Ft. 50 Cent- So Seductive.mp3 (3,454,015 bytes)
FileName: Tony_Yayo_ft_50_Cent_So_Seductive_Dirty(2).mp3 (5,182,276 bytes)
FileName: Trance Megamix - (Sandstorm Vs Blow Your Mind Vs Zombie Nation Vs Blade Techno Opener) ®.mp3 (5,973,943 bytes)
FileName: TUPAC & BIGGIE TRIBUTE (Unreleased) FEAT. Eminem - City Clay - Stagga Lee - 50 Cent - Jay-Z - Linkin Park - Murphy Lee - Nelly - P. Diddy - Sarai - Fabolous - Ashanti - 24's - .mp3 (4,743,923 bytes)
FileName: Tupac & Bone Thugz N Harmony - AK-47.mp3 (2,434,740 bytes)
FileName: TuPac - How Do You Want It (1).mp3 (4,000,510 bytes)
FileName: Tupac - In The Air Tonight (Phill Collins) (Unreleased) .mp3 (7,690,230 bytes)
FileName: Tupac - Life Goes On.mp3 (4,800,807 bytes)
FileName: Tupac - Picture Me Rollin'.mp3 (5,040,198 bytes)
FileName: Tupac - Thug Passion.mp3 (4,925,231 bytes)
FileName: Tupac Shakur-2Pac- I ain't Mad At Ya.mp3 (4,700,160 bytes)
FileName: Tupac, Jodeci - Toss It Up.mp3 (4,545,724 bytes)
FileName: Twista and Drag-On - Twisted Heat.mp3 (4,195,723 bytes)
FileName: Usher Ft. Snoop Dogg - Do it to me [Remix].mp3 (3,641,600 bytes)
FileName: Venga Boys ... Boom Boom I Want You In My Room (Techno Trance Dance Mix).mp3 (2,912,438 bytes)
FileName: Webbie feat. Fat Joe and Jim Jones - Gimme Dat (Remix).mp3 (5,572,683 bytes)
FileName: Wyclef Jean - Perfect Gentlemen.mp3 (5,999,305 bytes)