AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

V.

NICHOLAS WEBER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 384

TO:

NICHOLAS WEBER
90 Carolina Ave
Providence, RI 02905-5404

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

James E. O'Neil
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Phone (401) 667-7111
Fax (401) 667-7112

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8/29/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,

Plaintiff/Petitioner

vs.

NICHOLAS WEBER

Defendant/Respondent

Hearing Date:

CAUSE NO. **CA06 384C**

DECLARATION OF SERVICE OF:
**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of October, 2006, at 11:22 AM**, at the address of **733 DOUGLAS Avenue APT. 4, PROVIDENCE, Providence** County, **RI** 02908; this declarant served the above described documents upon **NICHOLAS WEBER**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **NICHOLAS WEBER, White, Male, 24yrs, 5'8", 200lbs, Brown Hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **10th day of October, 2006**.

Gordon Moniz

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4164490**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] DATE 10-07-06

NAME OF SERVER *(PRINT)* Gordon Moniz TITLE Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 733 Douglas Ave, Apt 4, Providence, R

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-07-06
Date

[signature]
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.