UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS WEBER,<br><br>Defendant. | Case No.: 1:06-cv-00384-ML-DLM |

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on January 17, 2007, the Clerk of the Court entered the default of Defendant. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

Dated: 1/19/07

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; LOUD RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 19th day of January, 2007 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid to Mr. Nicholas Weber, 733 Douglas Avenue, Apt. 4, Providence, RI 02908

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.