UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS, et al

v. CA 06-384ML

NICHOLAS WEBER

ORDER

The above-captioned case was filed on August 29, 2006 and default was entered on January 17, 2007. The matter has been pending since without any further action and at least 120 days have passed since the complaint was filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. LR Cv 41.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief U.S. District Judge
February 22, 2007

Entered as an Order of this Court on February 22, 2007

Barbara Barletta

Deputy Clerk