7006 0810 0006 4252 7417

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

PROVIDENCE RI 02908

| | | |
|---|---|---|
| Postage | $ $0.87 | 0852 |
| Certified Fee | $2.40 | 02 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.12 | 03/07/2007 |

Sent To Nicholas Weber

Street, Apt. No.; or PO Box No. 733 Douglas Street Apt 4

City, State, ZIP+4 Providence, RI 02908

PS Form 3800, June 2002 See Reverse for Instructions